IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEJANDRO VALLESILLO, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>THELENDINGFAMILY.COM, an unknown business entity; and JOHN DOE, an individual;<br><br>Defendants. | **8:24CV343**<br><br>**ORDER TO SHOW CAUSE** |

On September 4, 2024, Plaintiff filed a complaint against an unknown business entity (TheLendingFamily.com) and an unknown individual (John Doe). Filing No. 1. On November 19, 2024, the Court granted Plaintiff's motion for leave to conduct expedited discovery to determine the identities of both unknown defendants by serving a subpoena on a third-party website. Filing No. 9.

Plaintiff is required to serve the unknown defendants within 90 days after filing the complaint. Fed. R. Civ. Proc. 4(m). A review of the docket shows Plaintiff has not filed a return of service indicating service on the unknown defendants and the unknown defendants have not voluntarily appeared. There is nothing on the docket indicating Plaintiff served the third-party subpoena. More than sixty days have passed since the Court's order permitting Plaintiff to conduct expedited discovery and more than 145 days have passed since Plaintiff filed the complaint.

Accordingly,

IT IS ORDERED that Plaintiff shall have until February 25, 2025 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 28th day of January, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge